IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **SEALED** |
| v. | CR NO: 1:21-CR-00090-JLT-SKO |
| IGNACIO MIGUEL DIAZ SATURNINO, | |
| Defendant. | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testicandum

Name of Detainee:  Ignacio Miguel Diaz SATURNINO

Detained at  WASCO State Prison, 701 Scofield Avenue, Wasco, CA

Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:   Title 21 U.S.C. §§ 846, 841(a)

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary on March 16, 2022 at 2 p.m. in the Eastern District of California.*

Signature:
Printed Name & Phone No:   Stephanie M. Stokman 559-286-6109
Attorney of Record for:   United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on March 16, 2022** for an appearance at ***2:00 p.m*** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   3/2/2022

_Sheila K. Oberto_
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| AKA(s) (if | Ignacio Saturnino Diaz | | ☒Male   ☐Female | |
| Booking or CDC #: | BR5328 | | DOB: | 7/31/1979 |
| Facility Address: | 701 Scofield Avenue, Wasco, CA 93280 | | Race: | Hispanic |
| Facility Phone: | | | FBI#: | 465224HD6 |
| Currently | | | | |

## RETURN OF SERVICE

Executed on:

(signature)