IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

           v.

VICTOR HERNANDEZ PENA, and
IGNACIO MIGUEL DIAZ SATURNINO,
                Defendants.

CASE NO.  1:21-CR-00090-JLT-SKO

ORDER TO UNSEAL INDICTMENT

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on April 1, 2021, and docket, be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **March 15, 2022**

_____
UNITED STATES MAGISTRATE JUDGE