| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>IGNACIO MIGUEL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00090-JLT-SKO-2 |
|---|---|
| Plaintiff, | STIPULATION TO VACATE CHANGE OF PLEA HEARING AND SET STATUS CONFERENCE; ORDER |
| vs. | |
| IGNACIO MIGUEL, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Ignacio Miguel, that the change of plea hearing currently scheduled for October 15, 2024, at 9:00 a.m. be vacated and that a status conference be set for December 4, 2024, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties have been in active plea discussions since the last hearing. These discussions have included and required substantive edits to the proposed plea agreement. On October 4, 2024, the government provided a revised plea agreement. Counsel for Mr. Miguel has discussed the proposed terms in general with Mr. Miguel but requires additional time and opportunity to go over the plea agreement in detail in-person with him. Since Mr. Miguel is currently in pretrial custody at the Central Valley Annex in McFarland, California, and requires an interpreter, counsel for Mr. Miguel has not been able to arrange an in-person meeting with Mr. Miguel since

the government has provided the updated plea agreement.

Accordingly, the parties are requesting that the change of plea hearing scheduled for October 15, 2024, be vacated and that the matter be set for a status conference before the magistrate court on December 4, 2024. In the event that the parties finalize an agreement in advance of that hearing, the parties will request that the status conference be vacated and that the matter be placed on calendar before this Court for a change of plea.

The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Accordingly, based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to December 4, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: October 8, 2024            */s/ Stephanie Stokman*
                                 STEPHANIE STOKMAN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

|  |  |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 8, 2024 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>IGNACIO MIGUEL |

## **O R D E R**

**IT IS SO ORDERED.** The change of plea hearing previously set for October 15, 2024, is vacated, and the matter is set for a status conference before the Honorable Sheila K. Oberto on December 4, 2024, at 1:00 p.m.

The time period to December 4, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 9, 2024**                                                 /s/ Jennifer L. Thurston
                                                                                         UNITED STATES DISTRICT JUDGE

Miguel – Stipulation                                                3